December 11, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

EX PARTE FORREST WAYNE, Appellant

NO. 14-14-00240-CR

_____

This cause was heard on the transcript of the record of the court below. Having considered the record, this Court holds that there was no error and **AFFIRMS** the trial court's order.

We further order appellant pay all costs expended in the appeal.

We further order this decision certified below for observance.